PLATZER v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH.

(Supreme Court, Appellate Term. June 26, 1905.)

APPEAL—PREJUDICIAL ERROR.

 The erroneous admission in evidence of an affidavit of defendant's counsel containing a statement that defendant opposed the placing of the action upon the short-cause calendar might have prejudiced the jury against defendant, and is cause for reversal.

Appeal from City Court of New York, Special Term.

Action by Elias Platzer against the North British & Mercantile Insurance Company of London & Edinburgh. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and MacLEAN and DUGRO, JJ.

Leo Levy, for appellant.

Henry Fluegelman, for respondent.

PER CURIAM. It seems the defendant excepted to a ruling by which plaintiff was allowed to put in evidence, over its objection, an affidavit made by the defendant's counsel, in which appears the statement that defendant opposed the placing of the action upon the short-cause calendar. This affidavit was not relevant or material to any question at issue. The purpose of the plaintiff in offering it in evidence must have been to prejudice the jury unduly against the defendant. It may have had the desired effect.

The judgment will therefore be reversed, and a new trial granted, with costs to appellant to abide the event.